## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHIRLEY MAE ROBINSON                                                         PLAINTIFF

V.                                    NO. 3:10CV00059 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 26th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE